United States District Court
Southern District of Texas
FILED

AUG 1 9 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., §<br>as Broadcast Licensee of the §<br>September 14, 2002, De La Hoya/Vargas Event, §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>1) ALEJANDRA PALOS, Individually and d/b/a §<br>WHO'S THERE SPORTS BAR; and §<br>2) AIDA GABRIELA AGUILAR, Individually §<br>and d/b/a WHO'S THERE SPORTS BAR, §<br>§<br>Defendants. § | Civil Action No. B-04-144 |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

The following is a list of all persons or entities known to have a financial interest in the outcome of this case:

1. Garden City Boxing Club, Inc.
   2380 S. Bascom Avenue, Suite 100
   Campbell, California 95008

2. Secure Signal, Inc.
   1515 South Federal Highway,
   Suite 211
   Boca Raton, Florida 33434-4150

3. Michael L. Metzner, P.A.
   1515 South Federal Highway,
   Suite 211
   Boca Raton, Florida 33434-4150

4. Korn, Bowdich & Diaz, L.L.P.
   4221 Avondale Ave.
   Dallas, Texas 75219

5.  Alejandra Palos
    1120 E. Lyon
    Laredo, Texas 78040

6.  Aida Gabriela Aguilar
    5700 San Dario, No. 11
    Laredo, Texas 78041

Respectfully submitted,

By: *Andrew R. Korn*
ANDREW R. KORN
State Bar No. 11683150
Southern District Bar No. 13801
Attorney-in-charge

KORN, BOWDICH & DIAZ, L.L.P.
4221 Avondale Ave.
Dallas, Texas 75219
(214) 521-8800 - Telephone
(214) 521-8821 – Telecopy
www.kbdtexas.com

ATTORNEYS FOR PLAINTIFF
GARDEN CITY BOXING CLUB, INC.