IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 5 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GARDEN CITY BOXING CLUB, INC., <br> as Broadcast Licensee of the <br> September 14, 2002, De La Hoya/Vargas Event, <br><br> Plaintiff, <br><br> v. <br><br> 1) ALEJANDRA PALOS, Individually and d/b/a <br> WHO'S THERE SPORTS BAR; and <br> 2) AIDA GABRIELA AGUILAR, Individually <br> and d/b/a WHO'S THERE SPORTS BAR, <br><br> Defendants. | § § § § § § § § § § § § § § § § | Civil Action No. B-04-144 |

## AFFIDAVIT OF SERVICE

STATE OF TEXAS    §
                  §
COUNTY OF Webb    §
                  §

BEFORE ME, the undersigned authority, on this day personally appeared Santiago Cruz, who is personally known to me or presented a valid drivers' license to verify his identity, and who, after first being duly sworn under oath, deposes and states as follows:

1. "My name is Santiago Cruz, I am more than 21 years of age, of sound mind and competent to make this Affidavit. I am authorized to serve process. I have personal knowledge of the facts stated in this affidavit and the facts stated in this affidavit are true and correct. I am not a party to, nor do I have any interest in, the outcome of this case. I am familiar with the Federal Rules of Civil Procedure and other rules and statutes relating to service

of summons and writs.

2. I was the private process server in this case who served Defendant Alejandra Palos, individually and d/b/a Who's There Sports Bar ("Defendant"). On September 16th 2004, at 3:55 P.m., I delivered the following documents to Defendant: (1) *Summons*; (2) *Plaintiff's Original Complaint*; (3) *Civil Cover Sheet*; and (4) *Plaintiff's Certificate of Interested Persons*.

_____
SANTIAGO CRUZ
Printed Name

SUBSCRIBED AND SWORN TO BEFORE ME, an officer authorized to administer oaths, on this the 17th day of September, 2004, to certify which witness my hand and official seal.

_____
Notary Public in and for the State of Texas

My Commission Expires:
01-29-2005

Diana L. Espinola
Printed Name of Notary Public

DIANA L ESPINOLA
NOTARY PUBLIC
State of Texas
Comm. Exp. 01-29-2005