

L.L.P.

*Andrew R. Korn*
*Board Certified-Civil Appellate Law*
*Texas Board of Legal Specialization*

December 1, 2004

Re:   Civil Action No. B-04-144; *Garden City Boxing Club, Inc., as Broadcast Licensee of the September 14, 2002, De La Hoya/Vargas Event v. (1) Alejandra Palos, Individually and d/b/a Who's There Sports Bar; and (2) Aida Gabriela Aguilar, Individually and d/b/a/ Who's There Sports Bar*; In the United States District Court for the Southern District of Texas, Brownsville Division
KBD File No. 901298

United States District Court
Southern District of Texas
FILED

DEC 0 2 2004

Michael N. Milby
Clerk of Court

VIA TELEPHONIC DOCUMENT TRANSFER

Honorable Andrew S. Hanen
United States District Court
Southern District of Texas, Brownsville Division
Attention: Irma Soto, Case Manager
600 E. Harrison, 1st Floor
Brownsville, Texas 78520

Dear Judge Hanen:

As per the conversation with your case manager, Irma Soto and my assistant, Catherine Barrera-Austin, we are requesting that the above referenced matter be rescheduled for an additional sixty (60) days in order to perfect service on both Defendants.

Thank you for your assistance in this matter. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Andrew R. Korn
ATTORNEY FOR GARDEN CITY BOXING CLUB, INC.

ARK/cba

# KORN | BOWDICH & DIAZ

## L.L.P.

4221 Avondale Avenue  
Dallas, Texas 75219

web www.kbdtexas.com

tel 214-521-8800  
fax 214-521-8821

## TELEPHONIC DOCUMENT TRANSFER COVER SHEET

### DATE: December 1, 2004

| TO: | FACSIMILE NUMBER | TELEPHONE NUMBER |
|---|---|---|
| Irma Soto, Case Manager to the Honorable Andrew S. Hanen | 956-548-2598 | 956-548-2629 |
| **FROM:** Andrew R. Korn, Esq. | **TOTAL PAGES SENT: 2** | |
| **FILE NO:** 901298 | **RE:** Civil Action No. B-04-144; *Garden City Boxing Club, Inc., as Broadcast Licensee of the September 14, 2002, De La Hoya/Vargas Event v. (1) Alejandra Palos, Individually and d/b/a Who's There Sports Bar; and (2) Aida Gabriela Aguilar, Individually and d/b/a/ Who's There Sports Bar*; In the United States District Court for the Southern District of Texas, Brownsville Division | |

### MESSAGE:

Irma:

Thanks for your help. Call if you need any additional information. I will be here until 6p.m.

- Cathy

CONFIDENTIALITY NOTICE: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this facsimile message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone and return the original message to Korn, Bowdich & Diaz, L.L.P. at the above address via the U. S. Postal Service at our expense. Thank you.