UNITED STATES DISTRICT COURT
For the Southern District of Texas

Garden City Boxing Club, Inc., as Broadcast Liscensee of the
September 14, 2002 De la Hoya/Vargas Event

Plaintiff

v.

Case No.:
1:04−cv−00144
Judge Andrew S. Hanen

Alejandra Palos, Indvidually D/B/A Who's There Sports Bar
Aida Gabriela Aida Gabriela Aguilar, Individually and D/B/A
Who's There Sports Bar , et al.

Defendant

## NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

Before the Honorable Andrew S. Hanen

**PLACE:**

Courtroom 6
United States District Court
600 E. Harrison, 1st Floor
Brownsville, TX 78520

**DATE:**     2/7/05

**TIME:**     01:30 PM

**TYPE OF PROCEEDING:**     Scheduling Conference

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:   December 2, 2004

Michael N. Milby, Clerk