B-04CV144

# RETURN OF SERVICE

DATE 1-13-05 at 8:50 A.M.

Service of the Summons and complaint was made by me[(1)]

NAME OF SERVER (PRINT) Rita Lopez Tice

TITLE Private Process Server

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant. Place where served: 1120 E. Lyon (Rear) Laredo, TX 78040

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-13-05
                 Date

Signature of Server  /s/

Address of Server  9801 Center Road, Laredo, Texas 78045

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## Southern District of Texas

GARDEN CITY BOXING CLUB, INC.,
as Broadcast Licensee of the
September 14, 2002, De La Hoya/Vargas Event,

**SUMMONS IN A CIVIL CASE**

V.

1) ALEJANDRA PALOS, Individually and d/b/a
WHO'S THERE SPORTS BAR; and
2) AIDA GABRIELA AGUILAR, Individually
and d/b/a WHO'S THERE SPORTS BAR,

CASE NUMBER:

TO: Alejandra Palos, individually and d/b/a Who's There Sport Bar

1120 E. Lyon (a/k/a Lyon Rear), Laredo, Texas 78040; or

5700 San Dario, No.11, Laredo, Texas 78041 → *private mailbox*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew R. Korn, Esq.
KORN, BOWDICH & DIAZ, L.L.P.
4221 Avondale Avenue
Dallas, Texas 75219
214/521-8800

n answer to the complaint which is herewith served upon you, within ___twenty___ days after service of this ummons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you or the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a easonable period of time after service.

Michael N. Milby, Clerk                                    1-6-05

LERK                                                         DATE

*[signature]*

y) DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GARDEN CITY BOXING CLUB, INC., as Broadcast Licensee of the September 14, 2002, De La Hoya/Vargas Event, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. B-04-144 |
| 1) ALEJANDRA PALOS, Individually and d/b/a WHO'S THERE SPORTS BAR; and 2) AIDA GABRIELA AGUILAR, Individually and d/b/a WHO'S THERE SPORTS BAR, | § § § § § § | |
| Defendants. | § | |

## AFFIDAVIT OF SERVICE

STATE OF TEXAS            §
                                         §
COUNTY OF __Webb__    §
                                         §

BEFORE ME, the undersigned authority, on this day personally appeared __Rita Lopez Tice__, who is personally known to me or presented a valid drivers' license to verify his identity, and who, after first being duly sworn under oath, deposes and states as follows:

1. "My name is __Rita Lopez Tice__, I am more than 21 years of age, of sound mind and competent to make this Affidavit. I am authorized to serve process. I have personal knowledge of the facts stated in this affidavit and the facts stated in this affidavit are true and correct. I am not a party to, nor do I have any interest in, the outcome of this case. I am familiar with the Federal Rules of Civil Procedure and other rules and statutes relating to service

AFFIDAVIT OF SERVICE                                                                                                  Page 1
n:\901298\Service [SS# 02-0914DV-TX-127]

of summons and writs.

    2.    I was the private process server in this case who served Defendant Alejandra Palos, individually and d/b/a Who's There Sports Bar ("Defendant"). On January 13, 2005, at 8:50 A..m., I delivered the following documents to Defendant at 1120 E. Lyon (Rear), Laredo, Tx 78040: (1) *Summons*; (2) *Plaintiff's Original Complaint*; (3) *Civil Cover Sheet*; (4) *Plaintiff's Certificate of Interested Persons*; (5) *Judge Andrew S. Hanen's Civil Procedures Manual*; and (6) *Notice of Resetting*.

_____
Rita López Tice
Printed Name

SUBSCRIBED AND SWORN TO BEFORE ME, an officer authorized to administer oaths, on this the 14th day of January, 2005, to certify which witness my hand and official seal.

_____
Notary Public in and for the State of Texas

My Commission Expires:
01/29/2005

Diana L. Espinola
Printed Name of Notary Public



DIANA L. ESPINOLA
MY COMMISSION EXPIRES
January 29, 2009

**AFFIDAVIT OF SERVICE**
n:\901298\Service [SS# 02-0914DV-TX-127]

Page 2