

January 18th, 2005.

To Whom it might concern:   (IRMA SOTO)

This is my answer to the Summon just made on my behalf for the showing of September 14th, 2002. Fight of De la Hoya vs. Vargas event that occurred more that 2 years ago. I did not show this fight because I had the bar already closed to the public. I was in the process to transfer the bar and selling all my equipment to Mr. Carlos Mendiola who took complete ownership of the place and equipment on October 5th, 2002. I finished my lease contract on September 20th, 2002 with Socorro Peña who in October, 7th of that same year returned to me the remaining balance of the rent deposit. My bar manager Elvia Sylva had the keys from the bar to open it to Mr. Mendiola if it was necessary. I closed the bar because I was already in big debt and I still am. I had only 571.00 Dlls in my checking account. I am enrolled in a debt consolidation program with CCC (Christian Counsel Center) because I don't have money to pay all my debts.

I want for you to consider that I was already in debt to take any risks in having any fines made under my name when I had already lost a lot of money with this business. I am sending you a copy of my September 2002 bank statement, my bill of sale of everything that I sold from the bar and the rent deposit reimbursement signed by Socorro Peña that was given to me as well as my 2002 income tax return where I haad already lost 30,000 dlls with this business.

Thanks,

*Alejandra P.*
Alejandra Palos.
Work Number: 956-718-7322
Cell Number: 956-251-3449
**CIVIL ACTION NO. B-04-144**


Michea N. Milby … Clerk of court
Irma Soto ………… Case Manager
Andrew S. Hanen .. Judge