# SEALED RECORD

DESCRIPTION OF CONTENTS: Attachments & Exhibits/Response Ordered sealed by Court Order 01/04/05 mes

**SEALED BY ORDER OF THE COURT AND MAY NOT BE OPENED UNLESS BY ORDER OF THE COURT.**

CASE NO. CA B-04-144
INSTRUMENT NO. _____