IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GARDEN CITY BOXING CLUB, INC., <br> as Broadcast Licensee of the <br> September 14, 2002, De La Hoya/Vargas Event, <br><br> Plaintiff, <br><br> v. <br><br> 1) ALEJANDRA PALOS, Individually and d/b/a <br> WHO'S THERE SPORTS BAR; and <br> 2) AIDA GABRIELA AGUILAR, Individually <br> and d/b/a WHO'S THERE SPORTS BAR, <br><br> Defendants. | § § § § § § § § § § § § § § § | Civil Action No. B-04-144 |

## MOTION FOR ENTRY OF AGREED JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff Garden City Boxing Club, Inc. ("Plaintiff") and 1) Alejandra Palos, individually and d/b/a Who's There Sports Bar; and 2) Aida Gabriela Aguilar, individually and d/b/a Who's There Sports Bar (collectively "Defendants") and announce to the Court that the parties request entry of the attached *Agreed Judgment*.

Therefore, Plaintiff requests that the Court sign the *Agreed Judgment* attached hereto that has been executed by the parties.

Respectfully submitted,

By: /s/Andrew R. Korn
    Andrew R. Korn
    State Bar No. 11683150
    Southern District Bar No. 13801
    Attorney-In-Charge

KORN, BOWDICH & DIAZ, LLP
4221 Avondale Avenue
Dallas, Texas 75219
(214) 521-8800 – Telephone
(214) 521-8821 – Telecopy
www.kbdtexas.com

ATTORNEY FOR PLAINTIFF
GARDEN CITY BOXING CLUB, INC.

CERTIFICATE OF SERVICE

Pursuant to FED. R. CIV. P. 5(b) and Southern District of Texas Local Rule 5.5, I certify that a copy of this instrument was served on February 22, 2005 as follows:

| | |
|---|---|
| Alejandra Palos, Individually and d/b/a Who's There Sports Bar 1120 E. Lyon (a/k/a Lyon Rear) Laredo, Texas 78040 | VIA U.S. MAIL |
| Aida Gabriela Aguilar Individually and d/b/a Who's There Sports Bar 101 Cenizo Loop Laredo, Texas 78046 | VIA U.S. MAIL |

DEFENDANTS

By: /s/Andrew R. Korn
    ANDREW R. KORN