United States District Court
Southern District of Texas
ENTERED

FEB 23 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., as Broadcast Licensee of the September 14, 2002, De La Hoya/Vargas Event, <br><br> Plaintiff, <br><br> v. <br><br> 1) ALEJANDRA PALOS, Individually and d/b/a WHO'S THERE SPORTS BAR; and <br> 2) AIDA GABRIELA AGUILAR, Individually and d/b/a WHO'S THERE SPORTS BAR, <br><br> Defendants. | Civil Action No. B-04-144 |

## AGREED JUDGMENT

On this day, came on to be heard the above-entitled and numbered cause wherein KingVision Pay-Per-View, Ltd. is the Plaintiff and 1) Alejandra Palos, individually and d/b/a Who's There Sports Bar; and 2) Aida Gabriela Aguilar, individually and d/b/a Who's There Sports Bar are the Defendants. Plaintiff and Defendants appeared by and through their respective attorneys of record and both announced ready for trial and requested the following Agreed Judgment in favor of Plaintiff and against Defendants. The Court finds that it has jurisdiction over the subject matter and the parties to this cause. The Court accepts the parties' stipulation that Defendants willfully, intentionally and fraudulently violated the Communications Act of 1934, as amended, specifically including 47 U.S.C. §§ 553 and 605.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff have and recover from Defendants, jointly and severally, damages in the amount of Fifteen Thousand and 00/100 Dollars ($15,000.00).

IT IS FURTHER ORDERED, ADJUDGED AND DECREEED that Plaintiff shall recover court costs from Defendants, jointly and severally, and that Plaintiff shall have and recover interest on all sums awarded herein, compounded annually, at the rate of five percent (5%) from the date of judgment, set forth below, until paid.

All writs and process for the enforcement and collection of this judgment may issue as necessary. In connection with any Writ of Execution in this case, the Court directs the United States Marshals Service to use any means or force reasonably necessary to satisfy this Judgment.

The Court intends to render a final judgment in this cause. Therefore, any relief not expressly granted herein is denied.

SO ORDERED.

SIGNED on this 23 day of Fe_____, 2005 at Brownsville, Texas.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

AGREED:

By: *Andrew R. Korn*
Andrew R. Korn
State Bar No. 11683150 /Southern District Bar no. 13801
John W. Bowdich
State Bar No. 00796233

KORN, BOWDICH & DIAZ, L.L.P.
4221 Avondale Avenue
Dallas, Texas 75219
(214) 521-8800 – Telephone
(214) 521-8821 – Telecopy

ATTORNEY FOR PLAINTIFF
GARDEN CITY BOXING CLUB, INC.

*Alejandra Palos*
Alejandra Palos, individually and
d/b/a Who's There Sports Bar

*Aida Gabriela Aguilar*
Aida Gabriela Aguilar, individually and
d/b/a Who's There Sports Bar