IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
–BROWNSVILLE DIVISION–

United States District Court
Southern District of Texas
ENTERED
APR 1 3 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., as Broadcast Licensee of the September 14, 2002 De la Hoya/Vargas Event,<br>Plaintiff,<br><br>V.<br><br>ALEJANDRA PALOS, Individually and d/b/a Who's There Sports Bar, and AIDA GABRIELA AGUILAR, Individually and d/b/a Who's There Sports Bar,<br>Defendants. | CIVIL ACTION NO. B-04-144 |

## ORDER

Pending is what has been construed as Plaintiff's Motion to Continue the Initial Pretrial Conference. *Docket No. 5*. In light of the Agreed Judgment (Docket No. 13) signed by this Court on February 23, 2005, said motion is hereby **DENIED as moot**.

Signed in Brownsville, Texas this 11th day of April, 2005.

Andrew S. Hanen
United States District Judge