IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 3 2006

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., as Broadcast Licensee of the September 14, 2002, De La Hoya/Vargas Event,<br><br>Plaintiff,<br><br>v.<br><br>1) ALEJANDRA PALOS, Individually and d/b/a WHO'S THERE SPORTS BAR; and<br>2) AIDA GABRIELA AGUILAR, Individually and d/b/a WHO'S THERE SPORTS BAR,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No. B-04-144<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## RELEASE OF JUDGMENT

STATE OF FLORIDA §
§
COUNTY OF PALM BEACH §

On August 2, 2002, in the above-styled and numbered cause, Garden City Boxing Club, Inc. recovered a Judgment against 1) Alejandra Palos, individually and d/b/a Who's There Sports Bar; and 2) Aida Gabriela Aguilar, individually and d/b/a Who's There Sports Bar (the "Judgment").

The Judgment, through settlement and compromise, has been satisfied. Accordingly, Garden City Boxing Club, Inc. does hereby release 1) Alejandra Palos, individually and d/b/a Who's There Sports Bar; and 2) Aida Gabriela Aguilar, individually and d/b/a Who's There Sports Bar from the Judgment. Garden City Boxing Club, Inc does hereby further 1) Alejandra Palos, individually and d/b/a Who's There Sports Bar; and 2) Aida Gabriela Aguilar, individually and d/b/a Who's There Sports Bar from any and all liens existing by reason of the Judgment.

SIGNED on this 20th day of December, 2005.

By *Alejandra Palos*

GARDEN CITY BOXING CLUB, INC.

By: *Marcus W. Corwin*
Marcus W. Corwin, President
Secure Signal, Inc. for
Garden City Boxing Club, Inc.

SUBSCRIBED AND SWORN TO BEFORE ME, on this 20th day of December, 2005, to certify which witness my hand and official seal.

personally known to me

Notary Public in and for the State of Florida

*Graceann Knighton*
Printed Name of Notary Public

RELEASE OF JUDGMENT
n:/901298/Release of Jdgmnt [SS# 02-0914DV-TX-127]

Solo Page